**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.:  19-11655-JKF |
| | ) | |
| CECIL L. SHAMBERGER, and | ) | |
| MARIE F. SHAMBERGER, | ) | |
| | ) | |
| Debtors | ) | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I hereby certify that service upon all interested parties was made by sending true and correct copies of Proof of Claim No. 5-1 by first class mail or by electronic means on the 9th day of May, 2019, to the parties indicated below:

Cecil L. Shamberger,
Marie F. Shamberger
1101 S Wilton St.
Philadelphia, PA 19143

Sharon S. Masters, Esq.
The Law Office of Sharon S. Masters
2201 Pennsylvania Ave.
#517
Philadelphia, PA 19130

Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Street, Suite 100
Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

  /s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire