**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Cecil and Marie Shamberger : CHAPTER 13

    DEBTOR : BKY. NO. 19-11655jkf

**NOTICE OF APPLICATION TO APPROVE COUNSEL FEES**

To the Debtors, Creditors, and Parties in Interest, NOTICE is given that:

    1. The debtor filed a petition for relief under Chapter 13 on 3/29/2019.

    2. The debtor selected The Law Office of Sharon S. Masters as their counsel.

    3. Sharon S. Masters has been practicing law since 1987 and has considerable experience in representing debtors in Chapter 13 bankruptcies.

    4. Debtor agreed to pay Fifteen Hundred Dollars ($1,500.00) for her representation in the Chapter 13 case.

    5. Debtor paid the sum of $600.00 to Ms. Masters pre-petition and has an outstanding balance of $900.00.

    6. Sharon S. Masters has filed an Application for Approval of Compensation.

    7. Any creditor or party in interest may file an answer, objection or other responsive pleading or request for a hearing, stating the reasons why a hearing is necessary, with the Clerk, U.S. Bankruptcy Court, Robert C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107, and serve a copy of the pleading on the attorney for the debtor, Sharon S. Masters, Esquire, whose address appears below, on or before twenty (20) days from the date of this notice. A copy of the application may be obtained from the Clerk of the Bankruptcy Court or from Sharon S. Masters, Esquire, counsel for the debtor, whose address appears below.

    8. In the absence of any answers, objections, or request for a hearing, the Court may upon consideration of the record and/or the pleading enter an Order granting the relief requested.

Date 7/6/2019

The Law Office of Sharon S. Masters

<u>/s/ Sharon S. Masters, Esq.</u>
Sharon S. Masters, Esq.
2201 Pennsylvania Ave. #517
Philadelphia, PA 19130
Attorney for Debtors