**United States Bankruptcy Court for the Eastern District of Pennsylvania**

In re: Cecil and Marie Shamberger : Chapter 13

    Debtor : Case No. 19-11655

**AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,000.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . $ 600.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,400.00

2. The source of the compensation paid to me was: Debtor

3. The source of compensation to be paid to me is: Debtor

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d. Representation of debtor with respect to motion for relief of Philadelphia FCU.

    e. Representation of debtor with respect to negotiation with IRS and Commonwealth of PA regarding unfiled federal and state tax returns.

by agreement with the debtor(s), will be disclosed to include the following services: Representation of the Debtor with respect to any contested matter, adversary proceeding or otherwise, except as provided above.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

THE LAW OFFICE OF SHARON S. MASTERS

/s/ Sharon S. Masters, Esq.

Attorney for Debtors Cecil and Marie Shamberger

Dated: 8/9/2019