## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| Hazel Williamson | |
| Debtor | Bankr. No.  21-13079 |

## Certification of Service

I, Rita A. Dawson, Paralegal, on behalf of Shaina Bethala, Esquire, counsel for the debtor, certify that on July 5, 2022, 1st Amended Chapter 13 Plan is being served electronically or by first class mail, as the case may be, on the following parties:

Fay Servicing
PO Box 111209
Nashville, TN  37222

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101--7346

One Main Financial
PO Box 1010
Evansville, IN  47706

Keystone Collections Group
PO Box 499
Irwin, PA  15642

Stormwater Authority of the City of Chester
31 East 5th Street
Chester, PA   19013

/s/Rita A. Dawson
Rita A. Dawson, Paralegal
LEGAL AID OF SOUTHEASTERN PA
419 Avenue of the States, Suite 605
Chester, PA  19013
(610) 874-8421