UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT PENNSYLVANIA

IN RE:    Cecil and Marie Shamberger    :    Chapter 13

Debtor    Case No. 19-11655jkf

**ADDENDUM TO SECOND AMENDED CHAPTER 13 PLAN**

     Debtors Cecil and Marie Shamberger agree that the Second Amended Chapter 13 Plan shall be addended to provide that the amount of $457.59 shall be paid through the Second Amended Chapter 13 Plan in addition to the amounts provided, prior to completion of the Plan.

Dated: 9/16/2019

/s/ Sharon S. Masters, Esq., Attorney for Debtors