IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Cecil and Marie Shamberger : CHAPTER 13

    Debtor : NO. 19-11655jkf

ORDER

    AND NOW, this __ day of _____, 2019, upon consideration of the Amended Application for Compensation, it is hereby ORDERED and DECREED that the Application is GRANTED. Debtor's counsel's fee of $2,000.00 is approved. It is further ORDERED that the fee balance of $1,400.00 shall be disbursed on behalf of Debtor by the Chapter 13 Standing Trustee through the Chapter 13 Plan.

**Date: September 18, 2019**