United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-11655-jkf
Cecil L. Shamberger                                             Chapter 13
Marie F. Shamberger
          Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John                Page 1 of 1              Date Rcvd: Sep 18, 2019
                              Form ID: pdf900           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db/jdb         +Cecil L. Shamberger,    Marie F. Shamberger,    1101 S. Wilton St.,    Philadelphia, PA 19143-4239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2019 03:10:23      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE
               COMPANY bkgroup@kmllawgroup.com
              SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              SHARON S. MASTERS    on behalf of Joint Debtor Marie F. Shamberger shmasters@hotmail.com,
               G65312@notify.cincompass.com
              SHARON S. MASTERS    on behalf of Debtor Cecil L. Shamberger shmasters@hotmail.com,
               G65312@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

| | |
|---|---|
| IN RE: Cecil and Marie Shamberger | : CHAPTER 13 |
| Debtor | : NO. 19-11655jkf |

ORDER

AND NOW, this __ day of _____, 2019, upon consideration of the Amended Application for Compensation, it is hereby ORDERED and DECREED that the Application is GRANTED. Debtor's counsel's fee of $2,000.00 is approved. It is further ORDERED that the fee balance of $1,400.00 shall be disbursed on behalf of Debtor by the Chapter 13 Standing Trustee through the Chapter 13 Plan.

**Date: September 18, 2019**