# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. : 19-11655-jkf |
| | ) | |
| CECIL L. SHAMBERGER | ) | |
| and MARIE F. SHAMBERGER | ) | |
| Debtor | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| PHIALDELPHIA FEDERAL CREDIT | ) | |
| UNION, | ) | |
| Movant | ) | |
| vs. | ) | |
| | ) | |
| CECIL L. SHAMBERGER | ) | **LOCATION:** |
| and MARIE F. SHAMBERGER | ) | U.S. Bankruptcy Court |
| Respondent | ) | Eastern District of Pennsylvania |
| and | ) | Courtroom #3 |
| SCOTT F. WATERMAN, | ) | 900 Market Street |
| Trustee | ) | Philadelphia, PA 19107 |
| | ) | |

## ORDER

AND NOW, this 14th day of January, 2020, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. Relief from the automatic stay is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2012 Chrysler 300, V.I.N. 2C3CCACG2CH204161) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

*[signature]*

_____
Hon. Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE

Please send copies to:

Cecil L. Shamberger
Marie F. Shamberger
1101 S. Wilton St.
Philadelphia, PA 19143

Sharon S. Masters, Esquire
The Law Office of Sharon S. Masters
2201 Pennsylvania Avenue, #517
Philadelphia, PA 19130

Scott F. Waterman
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130