United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-11655-jkf
Cecil L. Shamberger                                                 Chapter 13
Marie F. Shamberger
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1           Date Rcvd: Jan 14, 2020
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2020.
db/jdb         +Cecil L. Shamberger,    Marie F. Shamberger,   1101 S. Wilton St.,   Philadelphia, PA 19143-4239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor   Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE
               COMPANY bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SHARON S. MASTERS    on behalf of Joint Debtor Marie F. Shamberger shmasters@hotmail.com,
               G65312@notify.cincompass.com
              SHARON S. MASTERS    on behalf of Debtor Cecil L. Shamberger shmasters@hotmail.com,
               G65312@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | CASE NO. : 19-11655-jkf |
| ) | | |
| CECIL L. SHAMBERGER ) | | |
| and MARIE F. SHAMBERGER ) | | |
| Debtor ) | | |
| ) | | CHAPTER 13 |
| ) | | |
| PHIALDELPHIA FEDERAL CREDIT ) | | |
| UNION, ) | | |
| Movant ) | | |
| vs. ) | | |
| ) | | |
| CECIL L. SHAMBERGER ) | | **LOCATION:** |
| and MARIE F. SHAMBERGER ) | | U.S. Bankruptcy Court |
| Respondent ) | | Eastern District of Pennsylvania |
| and ) | | Courtroom #3 |
| SCOTT F. WATERMAN, ) | | 900 Market Street |
| Trustee ) | | Philadelphia, PA 19107 |
| ) | | |

## ORDER

AND NOW, this 14th day of January, 2020, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. Relief from the automatic stay is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2012 Chrysler 300, V.I.N. 2C3CCACG2CH204161) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

_____
Hon. Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE

Please send copies to:

Cecil L. Shamberger
Marie F. Shamberger
1101 S. Wilton St.
Philadelphia, PA 19143

Sharon S. Masters, Esquire
The Law Office of Sharon S. Masters
2201 Pennsylvania Avenue, #517
Philadelphia, PA 19130

Scott F. Waterman
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130