| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 19-11655-AMC

CECIL L. SHAMBERGER
MARIE F. SHAMBERGER
1101 S. WILTON ST.
PHILADELPHIA  PA   19143

Petition Filed Date: 03/19/2019
341 Hearing Date: 05/10/2019
Confirmation Date: 09/18/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/28/2019 | $200.00 | Delinquency (C | 07/09/2019 | $200.00 | Automatic Payr | 08/07/2019 | $200.00 | Automatic Payr |
| 09/09/2019 | $200.00 | Automatic Payr | 10/07/2019 | $200.00 | | 11/06/2019 | $500.00 | |
| 12/09/2019 | $500.00 | | 01/07/2020 | $500.00 | | 02/06/2020 | $500.00 | |
| 03/09/2020 | $500.00 | | 04/06/2020 | $500.00 | | 05/07/2020 | $500.00 | |
| 06/11/2020 | $500.00 | | 07/07/2020 | $500.00 | | 08/06/2020 | $500.00 | |

**Total Receipts for the Period:  $6,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $6,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 12 | SHARON S MASTERS ESQ<br>»» 012 | Attorney Fees | $1,400.00 | $1,400.00 | $0.00 |
| 1 | MERRICK BANK<br>»» 001 | Unsecured Creditors | $780.27 | $0.00 | $780.27 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $710.46 | $0.00 | $710.46 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $559.02 | $0.00 | $559.02 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $9,432.07 | $3,585.10 | $5,846.97 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $37,449.51 | $0.00 | $37,449.51 |
| 7 | PHILADELPHIA FEDERAL CREDIT U<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 006 | Unsecured Creditors | $2,767.04 | $0.00 | $2,767.04 |
| 9 | PINNACLE CREDIT SERVICES LLC<br>»» 007 | Unsecured Creditors | $440.74 | $0.00 | $440.74 |
| 10 | CHAMPION MORTGAGE COMPANY<br>»» 008 | Mortgage Arrears | $30,860.36 | $0.00 | $30,860.36 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Unsecured Creditors | $15,616.53 | $0.00 | $15,616.53 |

Chapter 13 Case No. 19-11655-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,000.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $4,985.10 | Arrearages: | $300.00 |
| Paid to Trustee: | $564.90 | Total Plan Base: | $45,776.59 |
| Funds on Hand: | $450.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.