**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:  Cecil and Marie Shamberger**                    ) **Chapter 13**

                                                                                          ) **Bankruptcy No. 19-11655amc**

                        **Debtor(s) )**

**ORDER**

          AND NOW, this ___ day of _____, 2022, after consideration of the Motion to Abate and Modify Chapter 13 Plan Post-Confirmation, responses and objections thereto, and the entire record, it is hereby ORDERED that the Motion is GRANTED. The modified Plan shall take effect immediately.

**Date: April 6, 2022**

_____

                                                                                                                                    J.