| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Philadelphia) || **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br>Cecil L. Shamberger<br>Marie F. Shamberger | Case Number:<br>2:2019-bk-11655 | |
| Name of Creditor:<br>    Mortgage Assets Management, LLC || |
| Name of Current Servicer of account:<br>    PHH Mortgage Services || **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>PHH Mortgage Corporation<br>PO Box 24605<br>West Palm Beach, FL 33416<br><br>Telephone Number: 855-689-7367<br><br>Prior notice address:<br>1 Mortgage Way<br>Mount Laurel, NJ 08054 || **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>PHH Mortgage Services<br>PO Box 24781<br>ATTN: RSVRF<br>West Palm Beach, FL 33416<br><br>Telephone Number: 800-750-2518 || **X** Check this box if you are changing the address that payments will go to. |
| **1.    Account Number:  6767** || _ Check this box if the account number has changed. |
| **2.    Court Claim Number: 8** |||
| **3.    Signature:**<br><br>**Check the appropriate box.**<br>　　　I am the creditor.<br>　X　I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>　　　I am the trustee, or the debtor.<br>　　　I am a guarantor, surety, endorser, or other codebtor.<br><br>By:　/s/ John Shelley　　　　　　　　　　　　Date:　02/18/2023<br>　　　　Authorized Filing Agent for PHH Mortgage Services |||

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **CASE NO.:** 19-11655 |
| **Cecil L. Shamberger** | **CHAPTER:** 13 |
| **Marie F. Shamberger** | |
| Debtor(s). | |

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*          *By U.S. Postal Service First Class Mail Postage Prepaid:*

Cecil L. Shamberger
1101 S. Wilton St.
Philadelphia, PA 19143


*By U.S. Postal Service First Class Mail Postage Prepaid:*

Marie F. Shamberger
1101 S. Wilton St.
Philadelphia, PA 19143


*Debtor's Attorney:*          *By CM / ECF Filing:*

SHARON S. MASTERS
Law Office of Sharon S. Masters
132 Overleaf Drive
Thorndale, PA 19372


*Trustee:*          *By CM / ECF Filing:*

*Trustee:*          SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

/s/ John Shelley
---
InfoEx, LLC
(as authorized agent for PHH Mortgage Services)