United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-11655-amc
Cecil L. Shamberger  Chapter 13
Marie F. Shamberger
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Apr 17, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cecil L. Shamberger, Marie F. Shamberger, 1101 S. Wilton St., Philadelphia, PA 19143-4239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2023 at the address(es) listed below:

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS
     on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
     on behalf of Creditor Mortgage Assets Management  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
     on behalf of Creditor Mortgage Assets Management  LLC bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
     on behalf of Creditor Philadelphia Federal Credit Union jschwartz@friedmanvartolo.com bankruptcy@friedmanvartolo.com

POLLY A. LANGDON
     on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 17, 2023 | Form ID: pdf900 | Total Noticed: 1 |

ECFMail@ReadingCh13.com

SHARON S. MASTERS

   on behalf of Joint Debtor Marie F. Shamberger shmasters@hotmail.com  G65312@notify.cincompass.com

SHARON S. MASTERS

   on behalf of Debtor Cecil L. Shamberger shmasters@hotmail.com  G65312@notify.cincompass.com

Scott F Waterman

   on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee

   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Marie F. Shamberger<br>Cecil L. Shamberger<br><u>Debtors</u><br><br>Mortgage Assets Management, LLC<br><u>Movant</u><br>vs.<br><br>Marie F. Shamberger<br>Cecil L. Shamberger<br><u>Debtors</u><br><br>and Scott F. Waterman<br><u>Trustee</u> | Chapter 13<br><br><br><br>NO. 19-11655 AMC<br><br><br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 17th day of April, 2023 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 1, 2021, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 1101 South Wilton Street, Philadelphia, PA 19143 ("Property), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.