IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE:  Cecil and Marie Shamberger : CHAPTER 13

Debtor : NO. 19-11655amc

**MOTION TO REINSTATE AUTOMATIC STAY**

Debtors, Cecil and Marie Shamberger, by their counsel, Sharon S. Masters, Esq., hereby request the Court for an Order reinstating the automatic stay, and in support thereof aver as follows:

1. Debtors filed the instant case on 3/19/2019.

2. The Chapter 13 Plan was confirmed on 9/18/2019.

3. A Motion for Relief from Automatic Stay was filed by Nationstar on 10/18/2021 due to advances made for real estate taxes owed the City of Philadelphia.  The creditor advanced $2,676.53.  Debtors and Nationstar entered into a Stipulation whereby Debtors would file a modified plan to include these advances made post-petition.

4. Debtor received a Notification of Default from Nationstar on 12/21/2022 for failure to pay $660.00 for hazard insurance on the mortgaged property.

5. An Order granting relief from stay was entered on 4/17/2023.

6. Debtors and Nationstar, have agreed that the stay shall be reinstated upon payment of $660.00 to Nationstar. The details of this Agreement shall be memorialized in a stipulated order.

WHEREFORE, Debtors respectfully request the Court enter an Order granting Motion to Reinstate Stay on the terms submitted by the parties in a stipulated Order.

Respectfully submitted,

/s/ *Sharon S. Masters*
Sharon S. Masters, Esq.
Counsel for Debtors

Dated: 7/18/2023