UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Cecil and Marie Shamberger | : | Chapter 13 |
| | Debtor | | Case No. 19-11655amc |

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK:

    Kindly withdraw the documents filed at Docket No. 120. The incorrect document was uploaded in error.

                                                        */s/ Sharon S. Masters*
                                                        Sharon S. Masters, Esquire
                                                        Attorney for Debtors