UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT PENNSYLVANIA

IN RE:  Cecil and Marie Shamberger  :  Chapter 13

Debtor  Case No. 19-11655amc

## CERTIFICATE OF SERVICE

    I, Sharon S. Masters, Esq., counsel for Debtors, hereby certify that on this date I served a true and correct copy of the Notice and Motion to Withdraw Representation by ECF upon the U.S. Trustee and Chapter 13 Standing Trustee, and upon the following by first-class mail, postage prepaid:

**Cecil L. and Marie Shamberger**
1101 S. Wilton St.
Philadelphia, PA 19143 (Debtor)

John F. Lindinger
Internal Revenue Service
POB 7346
Philadelphia, PA  19101
(Creditor)

Pamela E. Thurmond
City of Philadelphia Law Dept.
1401 JFK Blvd. 5th Floor
Philadelphia, PA  19102
(Creditor)

**JASON BRETT SCHWARTZ**
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107

(Attorney for Creditor Philadelphia Federal Cr. Un.)

Denise Carlon
KML Law Group, P.C.
701 Market St. Ste. 5000
Philadelphia, PA  19106

_____
(Attorney for Creditor Nationstar Bank)

                                                        /s/ *Sharon S Masters*
                                                        Sharon S. Masters, Esq.
                                                        Attorney for Debtors

Dated: 3/2/2024