# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**   Cecil and Marie Shamberger

:     **Chapter 13**

:     **Case No. 19-11655**

**Debtor[s].**

## ORDER DENYING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Amended Motion to Modify the confirmed chapter 13 Plan (doc. # 126, the "Motion");

It is hereby **ordered** that

1) The Motion is **DENIED for reasons stated on the record.**

**Date:  3/14/24**

_____
**Ashely M. Chan**
**U.S. Bankruptcy Judge**