IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE:  Cecil and Marie Shamberger            : CHAPTER 13

       Debtor                                              : NO. 19-11655amc

**ORDER**

AND NOW, this 11th day of __April__, 2024, upon consideration of debtors' counsel Sharon S. Masters Motion to Withdraw Representation, responses and objections thereto and the entire record, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED effective immediately.

BY THE COURT:

_____
                                    J.