United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11655-amc |
| Cecil L. Shamberger | Chapter 13 |
| Marie F. Shamberger | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 11, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cecil L. Shamberger, Marie F. Shamberger, 1101 S. Wilton St., Philadelphia, PA 19143-4239 |
| aty | + | Sharon S. Masters, 132 Overleaf Drive, Thorndale, PA 19372, UNITED STATES 19372-1161 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2024           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Cascade Funding Mortgage Trust HB4 bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PHH MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Mortgage Assets Management  LLC bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Philadelphia Federal Credit Union bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 11, 2024 | Form ID: pdf900 | Total Noticed: 2 |

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SHARON S. MASTERS
    on behalf of Attorney Sharon S. Masters shmasters@hotmail.com  G65312@notify.cincompass.com

SHARON S. MASTERS
    on behalf of Joint Debtor Marie F. Shamberger shmasters@hotmail.com  G65312@notify.cincompass.com

SHARON S. MASTERS
    on behalf of Debtor Cecil L. Shamberger shmasters@hotmail.com  G65312@notify.cincompass.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE:  Cecil and Marie Shamberger : CHAPTER 13

      Debtor : NO. 19-11655amc

## ORDER

AND NOW, this 11th day of April, 2024, upon consideration of debtors' counsel Sharon S. Masters Motion to Withdraw Representation, responses and objections thereto and the entire record, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED effective immediately.

BY THE COURT:

_____

                            J.