United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-11655-amc |
|---|---|
| Cecil L. Shamberger | Chapter 13 |
| Marie F. Shamberger | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 17, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Cecil L. Shamberger, Marie F. Shamberger, 1101 S. Wilton St., Philadelphia, PA 19143-4239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2024          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PHH MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Mortgage Assets Management  LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Cascade Funding Mortgage Trust HB4 bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Philadelphia Federal Credit Union bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| POLLY A. LANGDON | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 17, 2024 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

SHARON S. MASTERS
        on behalf of Attorney Sharon S. Masters shmasters@hotmail.com G65312@notify.cincompass.com

Scott F Waterman
        on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cecil L. Shamberger<br>Marie F. Shamberger<br>     Debtor(s) | Chapter 13 |
| Cascade Funding Mortgage Trust HB4<br>     Movant<br>v.<br>Cecil L. Shamberger<br>Marie F. Shamberger<br>     Debtor(s)<br>Scott F. Waterman<br>     Trustee | NO. 19-11655 AMC<br><br>11 U.S.C. Section 362 |

## ORDER

  AND NOW, this 17th day of April, 2024 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on October 13, 2023, it is ORDERED AND DECREED that:

  The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 1101 South Wilton Street, Philadelphia, PA 19143 ("Property"), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                               _____
                               United States Bankruptcy Judge.